**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**CHRISTOPHER HOLLIS**                                           **PLAINTIFF**

**V.**                  **CASE NO. 5:10CV00021 JMM**

**TEDDY HAWKINS, ET AL.**                                  **DEFENDANTS**

**ORDER**

Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, if service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period.

Plaintiff is directed to provide proof of service as to Defendants Rueben Camp and Griffin within 20 days after entry of this Order. Failure to provide proof may result in these Defendants being dismissed without prejudice.

IT IS SO ORDERED THIS 6th day of July, 2010.

                                                       _____
                                                       James M. Moody
                                                       United States District Judge