IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**CHRISTOPHER HOLLIS**                                                                                  **PLAINTIFF**

**VS.**                              **CASE NO. 5:10CV00021 JMM**

**TEDDY HAWKINS, ET AL.**                                                                       **DEFENDANTS**

## ORDER OF DISMISSAL

The Plaintiff's and Defendants's Joint Motion to Dismiss is granted (#19).

The complaint and all claims against Robin Nellons, Terry Wingard, Jesse Nelson, Jacqueline Griffin, Marylyn Washington, Robert E. Jackson, Jr., Ruben Camp, and Teddy Hawkins in their individual and official capacities are hereby dismissed with prejudice.

IT IS SO ORDERED this   24   day of   February  , 2011.

_____
James M. Moody
United States District Judge